Núm. 7449.—MESTRES, apldo. v. DÍAZ, aplte.—C. D. Arecibo. Diciembre 15, 1936.

(Por la Corte, a propuesta del Juez Asociado Sr. Travieso.)

POR CUANTO, el demandante apelado solicita que se desestime la apelación interpuesta en este caso, contra sentencia de la Corte de Distrito de Arecibo, dictada el día 22 de septiembre de 1936, fundándose, primero, en que el apelante no tiene derecho a este recurso de apelación, y segundo, en la frivolidad del mismo;

POR CUANTO, la parte actora no ha aducido razón alguna en apoyo de su primer fundamento de desestimación, y

Por cuanto, tampoco nos ha demostrado que la apelación esté tan desprovista de méritos, que pueda calificarse de frívola,

Por tanto, se declara sin lugar la moción de desestimación presentada.

El Juez Presidente Sr. del Toro no intervino.